UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



FILED
2014 JUL -1 AM 8:44

| UNITED STATES OF AMERICA, | CASE NO. 14CR0861-L |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| PAULINO ZAVALA-GARCIA, | |
| Defendant. | |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Information:

21:952 and 960 - Importation of Methamphetamine and Cocaine (Felony)

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 30, 2014

M. James Lorenz
U.S. District Judge